UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIDKOFF, PINCUS & GREEN PC<br><br>     Plaintiff,<br><br>vs.<br><br>SENTINEL INSURANCE COMPANY, LIMITED<br><br>     Defendant. | Civil Action No. 2:20-cv-2083-TJS |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Sidkoff, Pincus & Green, PC, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of voluntary dismissal of all claims in this action, with prejudice.

Respectfully Submitted,

Dated: November 8, 2024

*/s/ Richard M. Golomb*
Richard M. Golomb, Esq.
**GOLOMB LEGAL P.C.**
One Logan Square
130 N. 18th Street, #1600
Philadelphia, PA 19103
Telephone: (215) 985-9177
Facsimile: (215) 985-4169
rgolomb@golomblegal.com

Frederick Longer, Esq.
Daniel Levin, Esq.
**LEVIN SEDRAN & BERMAN, L.L.P.**
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: (215) 592-1500
flonger@lfsblaw.com
dlevin@lfsblaw.com

W. Daniel "Dee" Miles, III
Rachel N. Boyd
Paul W. Evans
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, Alabama 36103
Tel: (334) 269-2343
Fax: (334) 954-7555
***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of November 2024, I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal to be filed and served upon all counsel of record by operation of the Court's CM/ECF system.

Respectfully Submitted,

Dated: November 8, 2024               */s/ Richard M. Golomb*
                                                  Richard M. Golomb, Esq.
                                                  **GOLOMB LEGAL P.C.**
                                                  One Logan Square
                                                  130 N. 18th Street, #1600
                                                  Philadelphia, PA 19103
                                                  Telephone: (215) 985-9177
                                                  Facsimile: (215) 985-4169
                                                  rgolomb@golomblegal.com
                                                  Attorney for Plaintiff